IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLINT HILLS RESOURCES, LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 02-462C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's September 13, 2006 Order, Plaintiff, Flint Hills Resources, LP, on behalf of both of the parties, respectfully submits this Joint Status Report. The Court's Order directed the parties to report on the status of similar jet fuel cases pending before the Court of Federal Claims. The plaintiffs in both *ConocoPhillips v. United States*, No. 02-1367C (Fed. Cl. Aug. 28, 2006), and *La Gloria Oil and Gas Company v. United States*, No. 02-465C (Fed. Cl. Sept. 12, 2006), have filed notices of appeal. Because both of these appeals involve issues similar to those presented in the present case, the parties jointly request that the stay in this case remain in place until thirty days after the United States Court of Appeals for the Federal Circuit first issues a mandate in either appeal. At that time, and with the Court's concurrence, the parties propose to file a Joint Status Report addressing the course of further proceedings in this case.

Respectfully submitted,

s/ J. Keith Burt

J. KEITH BURT
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3208 (Phone)
(202) 263-5208 (Fax)

Attorneys for Plaintiff,
Flint Hills Resources, LP

November 13, 2006