# In the United States Court of Federal Claims

No. 02-462C

(Filed: November 20, 2006)

| | |
|---|---|
| ****************************************** | * |
| | * |
| FLINT HILLS RESOURCES, LP, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

## ORDER

On November 13, 2006, Plaintiff's counsel filed on behalf of both parties a Motion for a Stay of Proceedings until thirty days after the United States Court of Appeals for the Federal Circuit issues a mandate in one of two similar jet fuel cases, ConocoPhillips v. United States, No. 02-1367C (Fed. Cl. Aug. 28, 2006), and La Gloria Oil and Gas Company v. United States, No. 02-465C (Fed. Cl. Sept. 12, 2006).

For good cause shown, the motion is GRANTED. All proceedings in this case shall be suspended until thirty days after a decision in either of the above cited cases. The parties shall file a Joint Status Report with the Court every sixty days, commencing on Friday, January 12, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge