IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLINT HILLS RESOURCES, LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 02-462C |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's November 20, 2006 Order, Plaintiff, Flint Hills Resources, LP ("Flint Hills"), on behalf of both parties, respectfully submits this Joint Status Report. The Court's November 20, 2006 Order directed the parties to submit a Joint Status report every sixty days commencing on January 12, 2007. Since the Court's order, a notice of appeal was filed in *Tesoro Hawaii Corp. v. United States*, No. 02-704C (Fed. Cl. Nov. 29, 2006).

s/ J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Attorneys for Plaintiff,
Flint Hills Resources, LP

January 12, 2007