IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLINT HILLS RESOURCES, LP,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 02-462C<br>(Judge Wheeler) |

**JOINT STATUS REPORT**

Pursuant to the Court's November 20, 2006 Order, Plaintiff, Flint Hills Resources, LP ("Flint Hills"), on behalf of both parties, respectfully submits this Joint Status Report. The Court's November 20, 2006 Order directed the parties to submit a Joint Status report every sixty days. Since the parties' last Joint Status Report, there have been no significant new developments in the various similarly situated military fuels cases.

s/ J. Keith Burt
J. Keith Burt
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, DC 20006
(202) 263-3208 (phone)
(202) 263-5208 (fax)

Attorneys for Plaintiff,
Flint Hills Resources, LP

May 10, 2007