# In the United States Court of Federal Claims

No. 02-462C

(Filed: May 18, 2007)

```
*************************************** *
                                        *
FLINT HILLS RESOURCES, LP,              *
                                        *
                    Plaintiffs,         *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                    Defendant.          *
                                        *
*************************************** *
```

**ORDER**

The Joint Status Reports filed by counsel for the parties on January 12 and May 15, 2007 are unsatisfactory. The purpose of requiring periodic reporting during a stay is to provide the Court with sufficient information to discern when this case may move forward. Merely stating that there have been no new developments does not satisfy this requirement, particularly when counsel used the same language in both reports, covering a six-month period.

The parties, therefore, are requested to redo the May 15, 2007 status report forthwith, and to provide a more detailed account in future status reports, including information on recent and expected developments in the other pending jet fuel cases.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge