IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLINT HILLS RESOURCES, LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-462C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order, upon behalf of both parties, defendant respectfully submits the following status report concerning pending "jet fuel cases" involving the Defense Energy Support Center's price escalation clauses. Plaintiff's counsel has read and concurs with this report.

Since our last report, the court of appeals heard oral argument on June 6, 2007, in ConocoPhillips v. United States, No. 2007-5004 (Fed. Cir.), and La Gloria v. United States, No. 2007-5010 (Fed. Cir.). Subsequently, the court cancelled the oral argument in Tesoro v. United States, No. 2002-5022 (Fed. Cir.), which had been scheduled for July 11, 2007, and submitted that appeal on the briefs.

The parties do not expect decisions before the Fall of 2007, and believe that a continuation of the stay is appropriate for another 90 days. The remainder of the jet fuel cases pending in this Court remain stayed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

OF COUNSEL:

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

HOWARD M. KAUFER
Assistant Counsel
Office of Counsel
Defense Energy Support Center
Ft. Belvoir, VA

DONALD S. TRACY
Aviation Supply Chain Counsel
Defense Supply Center
Richmond, VA 23297

July 16, 2007

CERTIFICATE OF FILING

I hereby certify that on July 16, 2007, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham