IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FLINT HILLS RESOURCES, LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-462C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO FILE JOINT STATUS REPORT OUT OF TIME AND STATUS REPORT

Pursuant to the Court's order, defendant respectfully requests leave to file this status report. Plaintiff’s counsel has read and concurs with this report.

Defendant’s counsel agreed early last week to file this report, prepared it last week and obtained plaintiff’s concurrence, leaving review and final filing to be accomplished. Unfortunately, defendant’s counsel had it calendared for today, based upon his creating a recurring 60 day filing tickler from the anniversary of two reports ago. However, defendant filed the last status report early, but failed to adjust the 60 day anniversary of that filing on his calendar, which, although he intended to file last week, ultimately allowed the deadline to become lost among others of last week. Defendant’s counsel apologizes to plaintiff and the Court for this error.

Defendant respectfully submits the following status report concerning pending “jet fuel cases” involving the Defense Energy Support Center's price escalation clauses.

Since our last report, the parties have been awaiting the Federal Circuit’s decisions in ConocoPhillips v. United States, No. 2007-5004 (Fed. Cir.), La Gloria v. United States, No. 2007-5010 (Fed. Cir.), and Tesoro v. United States, No. 2002-5022 (Fed. Cir.). No other activity has taken place or likely will, until those cases are decided. The remainder of the jet fuel cases

pending in this Court remain stayed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

HOWARD M. KAUFER
Assistant Counsel
Office of Counsel
Defense Energy Support Center
Ft. Belvoir, VA

DONALD S. TRACY
Aviation Supply Chain Counsel
Defense Supply Center
Richmond, VA 23297

September 17, 2007

## CERTIFICATE OF FILING

I hereby certify that on September 15, 2007, a copy of the foregoing document was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham