# In the United States Court of Federal Claims

No. 02-462C

(Filed: October 3, 2007)

```
*************************************** *
                                        *
FLINT HILLS RESOURCES, LP,              *
                                        *
                  Plaintiffs,           *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                  Defendant.            *
                                        *
*************************************** *
```

**ORDER**

On September 21, 2007, the Federal Circuit decided Conoco Phillips v. United States, 2007 WL 2741200. In light of the Federal Circuit's decision, the parties are directed to file a joint status report on or before October 15, 2007. In the joint status report, the parties should state whether it is necessary to continue the stay in this case for any purpose, and how the parties otherwise wish to proceed.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge