# In the United States Court of Federal Claims

No. 02-462C

(Filed: October 16, 2007)

```
***************************************** *
                                          *
FLINT HILLS RESOURCES, LP,                *
                                          *
                    Plaintiffs,           *
                                          *
 v.                                       *
                                          *
THE UNITED STATES,                        *
                                          *
                    Defendant.            *
                                          *
***************************************** *
```

**ORDER**

On October 15, 2007, the parties filed a Joint Status Report requesting that the stay of proceedings be continued until November 14, 2007 to permit the parties time to resolve this matter by mutual agreement. For good cause shown, the parties' request is GRANTED and Plaintiff is directed to notify the Court if its claims are withdrawn prior to the expiration of the stay. In the event that the parties are unable to reach a mutual agreement, the Court directs the parties to file a Joint Status Report on or before November 14, 2007 addressing the need for further proceedings.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge